# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

149433(51)

PHIL FORNER,
      Petitioner-Appellant,

v

                                SC:  149433
                                COA:  307626
                                Public Service Commission:
                                00-016273

CONSUMERS ENERGY COMPANY,
      Respondent-Appellee,

and

MICHIGAN PUBLIC SERVICE COMMISSION,
      Appellee.

_____/

      On order of the Court, the motion for reconsideration of this Court's November 25, 2014 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2015



Clerk

d0518